UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL WAYNE HILL,                    Case No. 3:20cv5814-LC-HTC

Plaintiff, v.

ESCAMBIA COUNTY
SHERIFF'S OFFICE, et al.,

    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on November 3, 2020 (ECF No. 7). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have accepted Docs 8 and 9 as objections and made a *de novo* determination concerning the objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this order.

2.    This matter is DISMISSED WITHOUT PREJUDICE because Plaintiff's allegations are illogical, fanciful, delusional, and frivolous.

3.    The clerk is directed to close this case.

**DONE AND ORDERED** this 7th day of December, 2020.

s/*L.A. Collier*
**LACEY A. COLLIER**
  **SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:20cv5814-LC-HTC